# CRIMINAL MINUTE ENTRY

**DOCKET NUMBER:** 12 CR 0626 (SJ)

Date Received By Docket Clerk: _____  Docket Clerk Initials: _____

**BEFORE JUDGE:** JOHNSON    **DATE:** 10/22/2012    **TIME:** 9:30 A.M.
**CRIMINAL CAUSE FOR ARRAIGNMENT**    **TIME IN COURT** ___ HRS _23_ MINS

**DEFENDANT'S NAME:** ALEXANDER FISHENKO    **DEFENDANTS #** _____
[✔] Present   [ ] Not Present    [✔] Custody   [ ] Not Custody
**DEFENSE COUNSEL:** RICHARD ROSENBERG (CJA ASSIGNED)
[✔] Present   [ ] Not Present   [ ] Federal Defender   [✔] CJA   [ ] Retained

**DEFENDANT'S NAME:** ANASTASIA DIATLOVA    **DEFENDANTS #** _____
[✔] Present   [ ] Not Present    [✔] Custody   [ ] Not Custody
**DEFENSE COUNSEL:** MORRIS FODEMON (CJA ASSIGNED)
[✔] Present   [ ] Not Present   [ ] Federal Defender   [✔] CJA   [ ] Retained

**DEFENDANT'S NAME:** VIKTORIA KLEBANOVA    **DEFENDANTS #** _____
[✔] Present   [ ] Not Present    [✔] Custody   [ ] Not Custody
**DEFENSE COUNSEL:** ARCADY BUKH (RETAINED)
[✔] Present   [ ] Not Present   [ ] Federal Defender   [ ] CJA   [✔] Retained

**DEFENDANT'S NAME:** SEVINJ TAGHIYEVA    **DEFENDANTS #** _____
[✔] Present   [ ] Not Present    [✔] Custody   [ ] Not Custody
**DEFENSE COUNSEL:** MICHAEL WEIL (COURT APPOINTED)
[✔] Present   [ ] Not Present   [✔] Federal Defender   [ ] CJA   [ ] Retained

**A.U.S.A.:** DANIEL SILVER, HILARY JAGER, ✔    **PROBATION OFFICER:**
**CASE MANAGER OR MAGISTRATE CLERICAL**    ANA RODRIGUEZ
**COURT REPORTER: OR ESR OPERATOR**    RON TOLKIN    **TAPE LOG** _____
**INTERPRETER:** VALERI GLEIKH    **LANGUAGE:** RUSSIAN

**Select the Type of Hearing or Trial**    **CONTESTED** [ ] YES   [✔] NO
[✔] ARRAIGNMENT

**Select the action.**
[ ] Began    [✔] Held    [ ] Continued    [✔] Completed    [✔] Scheduled for

**UTILITIES**    [✔] ~Util-Set/Reset Hearings

**Date:** 11/9/2011    **Time** 9:30 a.m.    **FOR** STATUS
**Type of Hearing**
**SHOULD THIS CALENDAR BE SEALED**    [ ] YES    [✔] NO

Period of Excludable Delay/ Speedy Trial Start: 10/22/2012    Period of Excludable Delay/ Speedy Trial Stop: 11/9/2012
**CODE TYPE:** Please Circle    XT- Interest of Justice

**Do these minutes contain ruling(s) on motion(s)?**    YES    NO
- Case called.
- Defendants waive the reading of the indictment and plead not guilty. The Court assigns CJA counsel Richard Rosenberg and Morris Fodemon and appoints Federal Defender Michael Weil. The government's

- application for detainment of defendants as they pose a flight risk is granted. Defendants Taghiyeva and Diatlova are tentatively set for a bail hearing on Monday, October 29, 2012 @ 9:30 am. Counsel is to inform Chambers if they need to reschedule. Defense counsel Weil indicates defendant Taghiyeva may wish to retain counsel.
- The government reports it will submit discovery to defense counsel and will break down by defendant and indictment as it is voluminous. The government further informs the court defendant Posibilov and Abdulaev will arrive within the next two weeks.
- Matter is adjourned to Friday, November 9, 2012 @ 9:30 a.m. for status. Case is designated as complex and speedy trial time is excluded for reasons stated on the record. Bond Hearing tentatively set for 10/29/2012 @ 2:00 pm as to defendant Diatlova and Taghiyeva. Counsel to inform Chambers if ready to proceed.